**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7025

GARY L. WISE,

                                        Plaintiff - Appellant,

        versus

EILEEN JUDSON PALMER, NP at Lieber Medical
Facility; JASMEN MORALES, a/k/a Yasminnie
Morales, LPN at Lieber Medical Facility; RYAN
HUTCHINSON, Doctor and Head Physician at
Lieber Medical Facility; MARTHA GEDERT, a/k/a
Marti Gederts, Director and Health Care
Administrator; GLENN ALEWINE, M.D.; JAMIL A.
EL SHAMI, NP, Individually and in their
Official Capacities,

                                        Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Cameron McGowan Currie, District
Judge.  (6:04-cv-01752-CMC)

Submitted: September 28, 2006        Decided: October 11, 2006

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gary L. Wise, Appellant Pro Se.  Norma Anne Turner Jett, NESS, JETT
& TANNER, Bamberg, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary L. Wise appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wise v. Palmer, No. 6:04-cv-01752-CMC (D.S.C. Apr. 28, 2006). We deny Wise's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED